**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2438**

In re:  ARKADIY BANGIYEV, a/k/a Alex,

Petitioner.

On Petition for Writ of Mandamus
(1:14-cr-00206-LO-5)

Submitted:  February 16, 2017      Decided:  February 21, 2017

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Arkadiy Bangiyev, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arkadiy Bangiyev petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion requesting that certain evidence be produced related to his pending 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition and the corrected mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>